

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00761-CR

**IN RE** Darryl B. **WELLS**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Beth Watkins, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: November 23, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On November 10, 2022, Relator Darryl B. Wells filed a petition for writ of mandamus. After considering the petition and the record, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Additionally, we deny as moot Relator's motion for leave to file a petition for writ of mandamus because leave is not required to file a petition in an intermediate appellate court. *See* TEX. R. APP. P. 52.1; *In re Medina*, 04-19-00041-CR, 2019 WL 360534, at *1 (Tex. App.—San Antonio Jan. 30, 2019, orig. proceeding) (mem. op.).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2007-CR-2049, styled *State of Texas v. Darryl B. Wells*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.